**Order entered June 10, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01363-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**ELYSE RIVERA, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 18-30062-422-F**

## ORDER

Before the Court is appellee's June 9, 2019 motion to extend time to file her brief. We

**GRANT** the motion and **ORDER** the brief received on June 9th filed as of the date of this order.

/s/    CORY L. CARLYLE
JUSTICE